UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MOSHE SHARGIAN | * | CIVIL ACTION |
| VERSUS | * | NO. 21-2282 |
| YOEL SHARGIAN | * | SECTION "P" (2) |

**ORDER AND REASONS**

Non-party SKK Opportunity Zone Fund I, LLC ("SKK") filed a Motion to File Exhibit Under Seal (ECF No. 57) seeking to file portions from the deposition of Plaintiff's retained forensic accounting expert Harold Asher under seal in connection with SKK's Motion to Quash and for Protective Order (ECF No. 56). SKK asserts that Asher relied on financial projection and structuring documents marked confidential under the May 17, 2023 Protective Order, and thus portions of his deposition must be filed under seal. ECF No. 57 (citing ECF No. 44).

This motion fails to comply with Local Rule 5.6 and Fifth Circuit precedent regarding the sealing of documents filed in the public record. The standard for placing a document under seal is different from the standard governing whether unfiled discovery should be kept confidential.[1] Because the sealing of judicial records is the exception rather than the norm, courts should be ungenerous with their discretion to seal judicial records.[2] A document may be sealed only after a line-by-line analysis and assessment of whether sealing the documents (or portions thereof) is appropriate. Therefore, Plaintiff must articulate a legitimate basis for sealing each specific portion of the Asher deposition sought to be sealed and deliver both a redacted and unredacted version of the deposition. If the Court agrees, the redacted version will be filed in the public record and the unredacted version filed under seal. Accordingly,

---

[1] *Bin Hoa Le v. Exeter Fin. Corp.*, 990 F.3d 410, 419 (5th Cir. 2021).
[2] *Id.* at 417-19 (citations omitted); *June Medical Services, L.L.C. v. Phillips*, 22 F.4th 512, 519-21 (5th Cir. 2022).

IT IS ORDERED that SKK's Motion to File Documents Under Seal (ECF No. 57) is DENIED WITHOUT PREJUDICE to its right to re-file same in compliance with Local Rule 5.6 and Fifth Circuit precedent, as stated herein.

New Orleans, Louisiana, this __22nd__ day of June, 2023.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE