**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **MOSHE SHARGIAN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-2282** |
| **YOEL SHARGIAN** | **SECTION "O"** |

## CONDITIONAL ORDER OF DISMISSAL

United States Magistrate Judge Donna Phillips Currault has informed the Court that this case settled during a March 7, 2024 settlement conference.[1]

Accordingly,

**IT IS ORDERED** that this action is dismissed without costs and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within ninety days. The Court retains jurisdiction for all purposes, including enforcing the parties' settlement. Counsel are reminded that, if witnesses have been subpoenaed, every witness must be notified not to appear.

New Orleans, Louisiana, this 8th day of March, 2024.

BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

[1] ECF No. 113.